IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

EDDIE SULLIVAN                                                          PLAINTIFF

v.                                                    Civil Action 1:18-cv-0201-GHD-DAS

GUIDEONE AMERICAN INSURANCE COMPANY, et. al                DEFENDANTS

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE

Now before this Court is Plaintiff's Unopposed Motion to Stay and/or Hold in Abeyance Plaintiff's Response to Defendants Motion to Dismiss [9]. Defendants removed this action to this Court and subsequently filed a motion to dismiss [5]. Plaintiff intends to filed a motion to remand. The granting of a motion to remand would render Defendants' motion to dismiss moot. Thus, Plaintiff asks that the Court allow him to file his response to Defendants' motion to dismiss within 30 days of a Court order denying his anticipated motion to remand. Defendants do not oppose the relief requested.

Therefore, the Court ORDERS that Plaintiff's Unopposed Motion to Stay and/or Hold in Abeyance Plaintiff's Response to Defendants' Motion to Dismiss [9] is GRANTED. Plaintiff shall file his response to Defendants' motion to dismiss [5] within 30 days of any order of this Court denying Plaintiff's anticipated motion to remand.

SO ORDERED, this the 4th day of December, 2018.

_____
SENIOR U.S. DISTRICT JUDGE